UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                    :

ALEKSEY RASPOUTNY
                                                                                                     :      **ORDER**
                Plaintiff,                                              23 Civ. 3823 (JHR) (GWG)
                                                                                                      :

              -v.-

                                                                                                     :

THOMAS DECKER et al.,                                    :

              Defendants.                   :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge:

       Since the filing of the First Amended Petition (Docket # 3) and the Government's memorandum in opposition (Docket # 25), petitioner received a bond hearing from the Immigration Court, and petitioner's requests for bond or conditional parole were denied. These new circumstances were addressed in petitioner's reply memorandum of law. See Reply, filed Aug. 17, 2023 (Docket # 26).

       In light of the fact that the petitioner's reply raises new matters, the Government is directed to file a supplemental memorandum of law or letter addressing these new matters. The filing shall be made on or before September 22, 2023.

       SO ORDERED

DATED:    New York, New York
                September 13, 2023

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Aleksey Raspoutny | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  23 Civ. 3823 (JHR) (GWG) |
| Thomas Decker et al | ) |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.